from the Municipal Court of Chicago; the Hon. John F. O'Connell, Judge presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed with penalty. Opinion filed December 2, 1925.

James E. McGrath, for appellant.    George C. Tripp, for appellee. Walter H. Shurtleff, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

In re estate of John F. Schwanbeck, deceased.

Emma Schwanbeck, appellant, v. Joseph A. Weber and Charles E. Wyman, appellees.    Gen. No. 29,232.

Proceedings to establish lien upon estate of decedent for legal services.  Lien awarded.   Appeal from the Circuit Court of Cook county; the Hon. E. D. Shurtleff, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed December 2, 1925.

John Hugh Lally, for appellant.    Joseph A. Weber, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

The Wesley Company, plaintiff in error, v. Globe & Rutgers Fire Insurance Company of New York, defendant in error.    Gen. No. 29,547.

Action upon fire insurance policy.   Judgment for defendant.   Error to the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1925.  Affirmed.  Opinion filed December 2, 1925.

Moses, Kennedy, Stein & Bachrach, for plaintiff in error; Isaac E. Ferguson, of counsel.  Charles B. Obermeyer, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

The Wesley Company, plaintiff in error, v. Milwaukee Mechanics Insurance Company of Milwaukee, defendant in error.    Gen. No. 29,548.

Error to the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding.  Heard in the third division of this court for the first district at the March term, 1925.  Affirmed on opinion in Gen. No. 29,547, ante.   Opinion filed December 2, 1925.

Moses, Kennedy, Stein & Bachrach, for plaintiff in error; Isaac E. Ferguson, of counsel.  Charles B. Obermeyer, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Michael Glassberg, plaintiff in error.    Gen. No. 30,003.

Prosecution for conspiracy to violate Securities Law.   Judgment of guilty and sentence thereon.   Error to the Criminal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1925.  Affirmed. Opinion filed December 2, 1925.  Rehearing denied December 17, 1925.

William S. Forrest and Benjamin C. Bachrach, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson, Clarence E. Nelson and Joseph P. Savage, Assistant State's Attorneys, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.